## Commonwealth ex rel. Kenin v. Kenin, Appellant.

Argued September 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

474

*Sidney Margulies,* with him *Ruben E. Cohen, Nathan B. Feinstein,* and *Cohen, Shapiro and Cohen,* for appellant.

*Morton Newman,* with him *Harold M. Rappeport, Marvin I. Block,* and *Rappeport and Newman,* for appellee.

OPINION PER CURIAM, November 15, 1962:

The order of the court below is affirmed on the opinion of Judge BOYLE of the County Court of Philadelphia, as reported in 28 Pa. D. & C. 2d 410.